trial, all of the defendants appeal. Judgment in favor of the plaintiff as against the Nowy Swiat Publishing Company, Inc., and order as to said defendant in so far as it fails to grant unconditionally the motion for a new trial, unanimously affirmed, with costs. Judgment against the individual defendants reversed on the law, without costs (Corrigan v. Bobbs-Merrill Co., 228 N. Y. 58), the complaint as to them dismissed, and their appeal from the order dismissed. The evidence sustains the conclusion imported by the jury's verdict that the plaintiff's version of the alleged libelous publication was the correct one and that the defense of justification and reply was not sustained. The reduction of the verdict by the court eliminated as a practical matter any claim that punitive damages were not properly recovered under the circumstances surrounding the publication. There was, however, no proof in the record that adequately connected the individual defendants with the publication, even though it be the fact that they were personally responsible therefor. Present — Lazansky, P. J., Carswell, Tompkins, Davis and Johnston, JJ.

IDA AARONSON, as Administratrix, etc., of MAX AARONSON, Deceased, Respondent, v. ANNA WASSER, as the Executrix, etc., of DAVID WASSER, Deceased, Substituted as Appellant in Place and Stead of DAVID WASSER, Deceased, Appellant. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

LOUISA ALLOCIO and Another, as Administratrices, etc., of JOSEPH ALOSIO, Deceased, Respondents, v. COLONIAL LIFE INSURANCE COMPANY, Appellant.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

JOSEPHINE V. BIGGS, Respondent, v. THOMAS A. SALADINO, Appellant.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Motion for stay denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

GEORGE W. BRIDGMAN, Individually and as President of the UNIFORMED FIREMEN'S ASSOCIATION, INC., OF THE CITY OF MOUNT VERNON, Appellant, for a Mandamus Order against CHARLES COSSE and Others, Constituting the Municipal Civil Service Commission of the City of Mount Vernon, Respondents.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

MICHAEL V. CAMPBELL, Appellant, v. CURTIS H. MUNCIE, Defendant, and ADA HICKS MUNCIE, Respondent. (Appeal No. 1.) — Motion to resettle order dated November 29, 1935, denied. The appellant may move at Special Term to frame the question to be submitted to the jury. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

MICHAEL V. CAMPBELL, Appellant, v. CURTIS H. MUNCIE, Respondent, and ADA HICKS MUNCIE, Defendant. (Appeal No. 2.) — Motion to resettle order dated November 29, 1935, denied. The appellant may move at Special Term to frame the question to be submitted to the jury. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell, Davis and Johnston, JJ.

STEPHEN CASELLA, Individually and as Executor, etc., of DOMENICO CASELLA, Deceased, Appellant, v. MAZIE SLOCKBOWER, Respondent.— Motion for reargu-